# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 3

| | | | |
|---|---|---|---|
| **Patent #:** 6842111 | **Issue Dt:** 01/11/2005 | **Application #:** 10465026 | **Filing Dt:** 06/18/2003 |
| **Publication #:** 20040257214 | **Pub Dt:** 12/23/2004 | | |
| **Inventor:** Bradley D. Smithson | | | |
| **Title:** INTEGRATED MULTIFUNCTION FLASHER SYSTEM | | | |

## Assignment: 1

**Reel/Frame:** 021640/0615   **Recorded:** 10/08/2008   **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** SMITHSON, BRADLEY D., MR.   **Exec Dt:** 08/26/2008
**Assignees:** PETERSON MANUFACTURING COMPANY
4200 E. 135TH STREET
GRANDVIEW, MISSOURI 64030

PACIFIC INSIGHT ELECTRONICS CORP.
1155 INSIGHT DRIVE
NELSON, CANADA V1L 5P5

**Correspondent:** MEL GILKISON
SHUGHART THOMSON & KILROY
120 W. 12TH STREET
KANSAS CITY, MO 64105

## Assignment: 2

**Reel/Frame:** 021691/0213   **Recorded:** 10/16/2008   **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** SMITHSON, BRADLEY D.   **Exec Dt:** 08/26/2008
**Assignees:** PETERSON MANUFACTURING COMPANY
4200 E. 135TH STREET
GRANDVIEW, MISSOURI 64030

PACIFIC INSIGHT ELECTRONICS CORP.
1155 INSIGHT DRIVE
NELSON, CANADA V1L 5P5

**Correspondent:** JASON BERRY
11988 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

## Assignment: 3

**Reel/Frame:** 022835/0459   **Recorded:** 06/17/2009   **Pages:** 3
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** PACIFIC INSIGHT ELECTRONICS CORP.   **Exec Dt:** 06/17/2009
**Assignee:** PETERSON MANUFACTURING COMPANY
4200 EAST 135TH STREET
GRANDVIEW, MISSOURI 64030

**Correspondent:** JASON BERRY
11988 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

Search Results as of: 08/31/2009 03:29 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

EXHIBIT 2